# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA PIKUTA-WILKINSON,**
Appellant,

v.

**JAN KISZKA,** by and through **DEREK BYERLY, GUARDIAN OF JAN KISZKA**
Appellee.

No. 4D17-660

[November 22, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit; Mark A. Spelser, Judge; L.T. Case No. PRC 15-4411.

Elias R. Hilal of Williams Hilal Wigand Grande, LLC, Fort Lauderdale, for appellant.

Debra J. Slater, Esq., Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***